**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| WARREN PARKS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:12-cv-0611-JMS-MJD |
| CITY OF RICHMOND, INDIANA, et al., | ) | |
| Defendants. | ) | |

### Entry Directing Dismissal of Action

The plaintiff's complaint is accompanied by his request to proceed *in forma pauperis*. As noted in *Parks v. State of Indiana*, 1:08-cv-0358-LJM-WTL (S.D.Ind. March 27, 2008), Parks has "struck out" under 28 U.S.C. §1915. This renders him ineligible to proceed *in forma pauperis*. These circumstances trigger the rule of *Sloan v. Lesza*, 181 F.3d 857, 859 (7th Cir. 1999), which states:

> An effort to bamboozle the court by seeking permission to proceed *in forma pauperis* after a federal judge has held that §1915(g) applies to a particular litigant will lead to immediate termination of the suit.

Accordingly, Parks' application to proceed *in forma pauperis* [2] is **denied** and this action is dismissed without prejudice.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 05/11/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Warren Parks
DOC #116977
Correctional Industrial Facility
Inmate Mail/Parcels
5124 West Reformatory Road
Pendleton, IN 46064